UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO PADILLA,<br><br>                Plaintiff,<br><br>    v.<br><br>CAPITAL ONE N.A.,<br>                Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Capital One N.A. ("Capital One") by and through the undersigned counsel, hereby removes this action to the United States District Court for the Eastern District of New York. In support, Capital One states as follows:

## BACKGROUND

1. On December 30, 2025, Plaintiff Antonio Padilla ("Plaintiff") filed a Summons with Endorsed Complaint against Capital One in the Civil Court of the City of New York, County of Kings, under Index No. CV-018047-25/KI ("State Court Action"). *See* Summons with Endorsed Complaint, attached as Ex. A ("Summons.").

2. Plaintiff served Capital One with the Summons on January 21, 2026, via process server in New York. *See* Affidavit of Service, attached as Ex. B.

3. On February 11, 2026, Capital One filed and served its answer to Plaintiff's Summons. *See* Answer and Affirmative Defenses to Plaintiff's Endorsed Complaint, attached as Ex. C ("Answer"). The Summons, Affidavit of Service, and Answer constitute all process, pleadings and orders filed in the State Court Action.

4. By filing this notice of removal, Capital One does not waive any claim, counterclaim, or defense that may be available to it, including, but not limited to lack of personal

jurisdiction, improper venue, failure to state a claim upon which relief may be granted, and that the card agreement(s) governing the parties' relationship requires that this suit be filed in arbitration.

## BASIS FOR REMOVAL

### Federal Question Jurisdiction

5. Removal of this matter is proper under 28 U.S.C. § 1331, which provides that federal courts shall have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States," because Plaintiff's Summons asserts claims arising out of federal law, namely, the Fair Credit Reporting Act, 15 U.S.C. § 1681 ("FCRA") and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA"). *See* Ex. A.

### Venue

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1441(a), because the United States District Court for the Eastern District of New York is the federal court embracing the Civil Court of the City of New York, County of Kings, where Plaintiff originally filed the State Court Action.

### Procedure

7. This Notice of Removal is timely. Plaintiff served Capital One with the Summons on January 21, 2026, and therefore, Capital One has until February 20, 2026, to remove the case to this Court. *See* 28 U.S.C. § 1446(b)(1).

8. Capital One is the only defendant in this case and therefore the only defendant who has "been properly joined and served" in this action. *See* 28 U.S.C. § 1446(b)(2)(A).

9. As required by 28 U.S.C. § 1446(d), Capital One is serving a copy of this Notice of Removal on Plaintiff and filing a copy of this Notice of Removal with the Clerk of the Court

for the Civil Court of the City of New York, County of Kings.  *See* Notice of Removal (exhibits omitted), attached as Ex. D.

## CONCLUSION

WHEREFORE, Capital One hereby removes the above-captioned action now pending in the Civil Court of the City of New York, County of Kings, to the United States District Court for the Eastern District of New York and requests that this Court assume full jurisdiction over this action as provided by law.

Dated: February 20, 2026

Respectfully submitted,

By: */s/ Aleksandr Altshuler*
Aleksandr Altshuler
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
(212) 223-0200 (Telephone)
(212) 223-1942 (Fax)
altshulera@ballardspahr.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Removal to be served by U.S. mail, postage prepaid upon the Plaintiff in the State Court Action as follows:

Antonio Padilla
626 Clinton St. 6D
Brooklyn, NY 11231
*Pro Se Plaintiff*

Dated: February 20, 2026                             */s/ Aleksandr Altshuler*
                                                                      Aleksandr Altshuler